IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and QIAGEN SCIENCES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-973-CFC<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated September 20, 2018, the parties, by and through their undersigned counsel, submit this Joint Status Report.

The case is currently stayed as a result of the Stipulated Order entered by Judge Sleet on July 23, 2018. (D.I. 45.) Illumina filed petitions for *inter partes* review with the Patent Trial and Appeal Board (PTAB) challenging the validity of the five Patents-in-Suit,[1] and the parties agreed to the stay to allow the PTAB time to adjudicate the petitions.

Under the Stipulated Order, the stay would be automatically lifted at the earlier of: (i) a Final Written Decision by the PTAB upholding the validity of any claim of the Patents-in-Suit; or (ii) a decision by the Federal Circuit reversing a determination by the PTAB that any claim of the Patents-in-Suit is unpatentable. (D.I. 45.) The PTAB has instituted trial on all petitions, and the parties are currently litigating the patentability of the asserted claims that Illumina is challenging. The oral arguments for the *inter partes* review proceedings have been coordinated so as to take place on March 5, 2019, and the last statutory due date for the PTAB to complete its Final Written Decisions on the five proceedings is on or before September 18, 2019. *See* 35

---

[1] U.S. Patent Nos. 9,718,852; 9,719,139; 9,708,358; 9,725,480; 9,868,985.

U.S.C. § 316(a)(11) (requiring a final determination in an IPR proceeding no later than 1 year after institution of trial, unless the Director extends the time for good cause).

Reserving their rights, the parties currently agree that the Stipulated Order staying this action should remain in place. The parties do not believe that any events need to be scheduled by the Court in this matter at this time.

Dated: October 3, 2018

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Andrew C. Mayo |
| Jack B. Blumenfeld (#1014) | Steven J. Balick (#2114) |
| 1201 North Market Street | Andrew C. Mayo (#5207) |
| P.O. Box 1347 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 1150 |
| (302) 658-9200 | Wilmington, DE 19899 |
| jblumenfeld@mnat.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiff The Trustees of* | amayo@ashby-geddes.com |
| *Columbia University in the City of New York* | |
| | *Attorneys for Defendant* |
| John D. Murnane | Edward R. Reines |
| Robert S. Schwartz | Derek C. Walter |
| Damien N. Dombrowski | WEIL, GOTSHAL, & MANGES LLP |
| FITZPATRICK, CELLA, HARPER & SCINTO | 201 Redwood Shores Parkway, Redwood |
| 1290 Avenue of the Americas | Shores, CA 94065 |
| New York, NY 10104-3800 | (650) 802-3000 |
| (212) 218-2100 | |
| | *Of Counsel* |
| *Of Counsel* | *Illumina, Inc.* |
| *The Trustees of Columbia University* | |
| *In the City of New York* | |
| | |
| BALLARD SPAHR LLP | |
| | |
| /s/ Beth Moskow-Schnoll | |
| Beth Moskow-Schnoll (#2900) | |
| Brittany M. Giusini (#6034) | |
| 919 N. Market Street, 11th Floor | |
| Wilmington, DE 19801-3034 | |

(302) 252-4465
moskowb@ballardspahr.com
giusinib@ballardspahr.com

*Attorneys for QIAGEN Sciences, LLC*

Robert R. Baron, Jr.
Marc S. Segal
Tyler R. Marandola

BALLARD SPAHR LLP
1735 Market Street, 51stFloor
Philadelphia, PA 19103
(215) 665-8500

*Of Counsel*
*QIAGEN Sciences, LLC*